```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 08473
   GREGORY E BEASLEY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6996


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 04/08/2008 and was confirmed 07/30/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 02/04/2009.
-------------------------------------------------------------------------------
   CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
   SANTANDER CONSUMER USA    SECURED VEHIC    9746.00         144.12         676.72
   AMERICAS FINANCIAL CHOIC  FILED LATE          .00             .00            .00
   ROUNDUP FUNDING LLC       UNSECURED         728.71            .00            .00
   ASSET ACCEPTANCE LLC      UNSECURED         585.00            .00            .00
   CITY OF CHICAGO PARKING   UNSECURED         320.00            .00            .00
   UCNB GENESIS FINANCIAL    UNSECURED       NOT FILED           .00            .00
   NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00            .00
   NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00            .00
   ASSET ACCEPTANCE LLC      UNSECURED         372.76            .00            .00
   NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00            .00
   PINNACLE CREDIT SERVICES  UNSECURED       NOT FILED           .00            .00
   R&R COUNTRY               UNSECURED       NOT FILED           .00            .00
   UNITED AUTO CREDIT        UNSECURED       NOT FILED           .00            .00
   US CASH/THE LOAN MACHINE  UNSECURED        2020.84            .00            .00
   VIKING COLLECTION SERVIC  UNSECURED       NOT FILED           .00            .00
   SANTANDER CONSUMER USA    UNSECURED         446.47            .00            .00
   RJM AQUISITIONS FUNDING   UNSECURED         136.58            .00            .00
   JEFFERSON CAPITAL SYSTEM  UNSECURED        1088.42            .00            .00
   SHERMAN ACQUISITION       UNSECURED         911.37            .00            .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,474.00                        520.57
   TOM VAUGHN                TRUSTEE                                          112.42
   DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE              1,453.83

   PRIORITY                                       .00
   SECURED                                     676.72
      INTEREST                                 144.12

                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 08473 GREGORY E BEASLEY
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                      520.57
TRUSTEE COMPENSATION                                                112.42
DEBTOR REFUND                                                          .00
                                        ----------------    ----------------
TOTALS                                          1,453.83            1,453.83
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE